1054 31st Street
Suite 230
Washington, DC 20007
Tel: 202.463.2101
Toll Free: 877.852.0342
Fax: 202.463.2103

Greg Y. Porter
gporter@baileyglasser.com

RECEIVED

2015 SEP 23 P 3: 04

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

1:15CV1218-LO-MSN

September 23, 2015

USDC Eastern District of Virginia
401 Courthouse Square
Alexandria, VA 22314

Dear Clerk,

Please find enclosed a civil complaint, civil cover sheet, request for issuance of summons and a check in the amount of $400.00 payable to the clerk of the court. Please be advised that we will serve the complaint via personal service.

Respectfully,

Gregory Y. Porter
Bailey Glasser, LLP

Alabama Delaware Illinois Massachusetts New Jersey New York Washington, D.C. West Virginia | baileyglasser.com